THE NEW ALBANY AND SALEM RAILROAD COMPANY *v.*
ASTON.

APPEAL from the *Lawrence* Circuit Court.

*Wednesday,
December 21.*

*Per Curiam.*—Suit by the appellee against the company
for killing stock of the plaintiff, by the cars, on the road,
at a place where it was not fenced, but not adjoining land
owned by the plaintiff.

The only question raised by the counsel for the appel-
lant, in his brief, relates to the liability of the company,
the plaintiff not being a proprietor or occupant of the land
adjoining the road. It has been settled that the company
is liable, although the plaintiff was not an occupant or pro-
prietor of the adjoining lands. *The Indianapolis, &c., Rail-
road Co.* v. *Townsend,* 10 Ind. R. 38.

The judgment is affirmed with 10 per cent. damages and
costs.

*W. G. Cooper,* for the appellants.

*S. W. Short,* for the appellee.